[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
AUGUST 3, 2010
JOHN LEY
CLERK

No. 10-10668
Non-Argument Calendar

_____

D.C. Docket No. 3:08-cr-00095

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

FARUK AZIM CURTIS,

Defendant-Appellant.

_____

Appeal from the United States District Court for the
Northern District of Florida

_____

(August 3, 2010)

Before EDMONDSON, BLACK and PRYOR, Circuit Judges

PER CURIAM:

Chet Kaufman, appointed counsel for Curtis in this direct criminal appeal,

has moved to withdraw from further representation of the appellant and filed a

brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d

493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Curtis's conviction and sentence are **AFFIRMED**.